

125 Park Avenue, 7th Floor
New York, NY 10017
Telephone (212) 655-3500
Facsimile (212) 655-3535

Evan L. Lipton
*Partner*
Direct (212) 655-3517
Fax (212) 655-3535
ell@msf-law.com

February 4, 2019

<u>By ECF</u>
Hon. Dora L. Irizarry
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *United States v. Mark Weissman et al*, 18 Cr. 524 (DLI)

Dear Judge Irizarry:

    I write on behalf of Mark Weissman to respectfully request the temporary modification of his conditions of pretrial release to permit him to travel to Miami, Florida, along with his wife, from February 7 through February 11, 2019, for a vacation.

    I have advised the assigned Assistant United States Attorney (Nathan Reilly) and Pretrial Services Officer (Robert Stehle) of this request, and they do not object to the proposed modification. If permission is granted, Mr. Weissman will provide Pretrial Services with a precise itinerary in advance of travel.

Respectfully yours,
/s/ELL

Evan L. Lipton
Henry E. Mazurek
Counsel for Mark Weissman

Cc:   Nathan Reilly
      Assistant United States Attorney

      Robert Stehle
      United States Pretrial Services Officer